# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL ALLEN, an individual, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>GUTHY-RENKER LLC,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:14-cv-01350-RLY-DML<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Rachel Allen, and Defendant Guthy-Renker LLC, by their respective counsel, hereby stipulate that the above-entitled cause of action should be dismissed with prejudice, costs paid.

s/Robert M. Baker IV
DINA M. COX, #18590-49
ROBERT M. BAKER, #25471-49
JANELLE P. KILIES, #30708-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Counsel for Defendant, Guthy-Renker LLC
dcox@lewiswagner.com
rbaker@lewiswagner.com
jkilies@lewiswagner.com

s/ Jacob R. Cox
JACOB R. COX, #26321-49
COX LAW OFFICE
1606 N. Delaware Street
Indianapolis, IN 46202
Counsel for Plaintiff
jcox@coxlaw.org